**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1734**

DONALD C. MARRO,

        Plaintiff - Appellant,

    v.

BRIOVARX INFUSION SERVICES INC.; DOUGLAS SPIRES; TIA JESTER; TANYA MENEFEE,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Liam O'Grady, District Judge. (1:18-cv-01266-LO-JFA)

Submitted: November 21, 2019        Decided: November 25, 2019

Before KEENAN and DIAZ, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Donald C. Marro, Appellant Pro Se. Christy Michelle Milliken, Michael Edward Tucci, STINSON LEONARD STREET LLP, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald C. Marro appeals the district court's orders granting Defendants' motion to dismiss Marro's civil claims and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *See Marro v. BriovaRx Infusion Servs. Inc.*, No. 1:18-cv-01266-LO-JFA (E.D. Va. June 11, 2019; July 2, 2019). We grant Marro leave to file a single copy of and to supplement his informal brief and petitions, but deny leave to file a formal brief. We further deny Marro's motion for mandamus relief or for a writ of prohibition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*